UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ERIC PARENTEAU** | * | **CIVIL ACTION NO.:** |
| | * | |
| *Plaintiff*, | * | |
| | * | |
| **VERSUS** | * | **DISTRICT JUDGE:** |
| | * | |
| **JEREMY JUSTUS, TOWN OF CARNEGIE,** | * | |
| **AND OKLAHOMA MUNICIPAL** | * | |
| **ASSURANCE GROUP D/B/A OMAG** | * | **MAGISTRATE JUDGE:** |
| | * | |
| *Defendants* | * | |

**NOTICE OF REMOVAL**

TO:  THE JUDGES FOR THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF LOUISIANA

Defendants Jeremy Justus, Town of Carnegie, and Oklahoma Municipal Assurance Group (collectively, "Defendants") file this Notice of Removal pursuant to 28 U.S.C. §§ 1332 and 1441, to hereby remove this matter from state court to the docket of this Honorable Court, respectfully stating as follows:

**INTRODUCTION AND BACKGROUND**

1.

On September 6, 2022, Plaintiff Eric Parenteau ("Plaintiff"), commenced an action in the Twenty-Second Judicial District Court for the Parish of St. Tammany, State of Louisiana, captioned as *Eric Parenteau v. Jeremy Justus, Town of Carnegie, and Oklahoma Municipal Assurance Group*, Docket No. 2022-14143 in Division "H" (the "State Court Action"). A copy of the Petition for Damages is attached as **Exhibit "A."**

2.

Defendants were served via long-arm on October 13, 2022.

3.

Without waiving any right to contest the sufficiency of process and service of process, Defendants file this Notice of Removal within the time delays for removal under 28 U.S.C. § 1446(b).

4.

As alleged, Plaintiff is an adult who is domiciled in St. Tammany Parish, State of Louisiana (see Ex. A, p. 1). Thus, Plaintiff is considered a citizen of the State of Louisiana for purposes of diversity jurisdiction.

5.

Defendant Oklahoma Municipal Assurance Group ("OMAG") is a municipal insurance risk pool headquartered in Edmond, Oklahoma. Thus, OMAG is considered a citizen of the State of Oklahoma for purposes of diversity jurisdiction.

6.

Defendant Town of Carnegie ("Carnegie") is a town in Caddo County, Oklahoma. Thus, Carnegie is considered a citizen of the State of Oklahoma for purposes of diversity jurisdiction.

7.

Defendant Jeremy Justus ("Justus") is a person of the full age of majority and a resident of Oklahoma. Thus, Justus is considered a citizen of the State of Oklahoma for purposes of diversity jurisdiction.

8.

While, at all times herein, denying any liability for damages sought by the Plaintiff, the Defendants set forth certain allegations in the Petition for Damages that support this Notice of Removal, to wit:

9.

Plaintiff seeks damages arising from an alleged motor vehicle accident that occurred on or about September 7, 2021, when a vehicle operated by Mr. Justus allegedly collided with the vehicle operated by Plaintiff (*see* Ex. A, ¶ 5).

10.

As asserted in the Petition for Damages, Plaintiff contends that he sustained personal injuries that required medical care and treatment and he also contends that he sustained property damages (*see* Ex. A, ¶ ¶ 6, 10, 11, 12). Plaintiff seeks to recover economic and non-economic damages, including but not limited to physical and mental pain, suffering and anguish; physical disability; loss of past and future wages and earning capacity; loss of enjoyment of life; and property damage and diminished value" as a result of the September 7, 2021 motor vehicle accident (*see* Ex. A, ¶ ¶ 6, 10, 11, 12).

11.

Based on Plaintiff's assertion in his Petition for Damages combined with his description of damages, the potential judgment value against Defendants, exclusive of interest and costs, exceeds the requisite jurisdictional amount in controversy of $75,000.00.

## **REMOVAL IS PROPER UNDER THE LAW**

12.

This Court has subject matter jurisdiction over this litigation pursuant to 28 U.S.C. §§ 1332 and 1441(b), as this action is between citizens of different states, and from the face of the Petition for Damages, the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

13.

Removal is also timely under 28 U.S.C. § 1446(b) as this Notice of Removal is being filed within thirty days of Defendants being served with the Petition for Damages. Furthermore, the State Court Action was commenced on September 6, 2022 and this removal is being filed within one (1) year after its commencement pursuant to 28 U.S.C. § 1446(c).

14.

Pursuant to 28 U.S.C. § 1446(d), simultaneously with the filing of this Notice of Removal, Defendants will promptly serve written notice thereof to all adverse parties, specifically the Plaintiff, and shall file a copy of the Notice of Removal with the Clerk of Court for the 22nd Judicial District Court for the Parish of St. Tammany, State of Louisiana, to effect removal of this civil action to this Honorable Court as provided by law.

15.

The Defendants are filing with this Notice of Removal the following:

a. Civil Cover Sheet;

b. A copy of the Plaintiff's Petition for Damages (**Exhibit "A"**);

c. A list of all parties remaining in the action;

Upon information and belief, the filed pleadings are the only pleadings filed in the State Court Action to date. Undersigned counsel will supplement pursuant to the Local Rule should additional pleadings be located.

**WHEREFORE**, Defendants Jeremy Justus, Town of Carnegie, and Oklahoma Municipal Assurance Group pray that the aforesaid State Court Action be removed from the docket of the 22nd Judicial District Court for the Parish of Orleans, State of Louisiana, to the docket of this Honorable Court for trial and determination as provided by law, and that this Court enter such Orders and issue such process as may be proper, including copies of records and proceedings of such civil action for the 22nd Judicial District Court for the Parish of St. Tammany, State of Louisiana, and thereupon proceed with the civil action as if it had been originally commenced in this Court.

Respectfully submitted,

*/s/ Jeffery B. Struckhoff*

**RICHARD E. KING (#25128)**
**JEFFERY B. STRUCKHOFF (#30173)**
**MELCHIODE MARKS KING LLC**
639 Loyola Avenue, Suite 2550
New Orleans, Louisiana 70113
Telephone: (504) 336-2880
Facsimile:  (504) 336-2342
Email: rking@mmkfirm.com
           jstruckhoff@mmkfirm.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing pleading was this day filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record via certified mail, return receipt requested, in accordance with the Federal Rules of Civil Procedure, on this 1st day of November 2022.  The foregoing was also filed with the 22nd Judicial District Court for the Parish of St. Tammany, State of Louisiana, in which the state civil action was originally filed, in conformity with 28 U.S.C. § 1446(d).

*/s/ Jeffery B. Struckhoff*
**JEFFERY B. STRUCKHOFF**